NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001153
30-JUL-2015
08:08 AM

NO. CAAP-14-0001153

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
KEOHOKUI A. KAUIHANA, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DTI-14-000573)


SUMMARY DISPOSITION ORDER
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Defendant-Appellant Keohokui Arnold Kauihana (Kauihana) appeals from the Judgment entered against him on the following traffic infractions: (1) delinquent vehicle tax; (2) fraudulent use of vehicle plates, tags, or emblems (two counts); (3) failure to keep certificate of registration in vehicle; and (4) failure to possess valid driver's license and insurance identification card (two counts). The Judgment was entered by the District Court of the Fifth Circuit (District Court)[1] on September 5, 2014.

On appeal, Kauihana seeks to overturn the District Court's Judgment based on his argument that the State of Hawaiʻi and the District Court lacked jurisdiction over him because he is under the jurisdiction of the Hawaiian Kingdom. We conclude that

---

[1] The Honorable Trudy K. Senda presided

Kauihana's argument is without merit. <u>See</u> <u>State v. Kaulia</u>, 128 Hawai'i 479, 487, 291 P.3d 377, 385 (2013) ("Individuals claiming to be citizens of the Kingdom [of Hawai'i] and not of the State [of Hawai'i] are not exempt from application of the State's laws."); <u>State v. Fergerstrom</u>, 106 Hawai'i 43, 55, 101 P.3d 652, 664 (App. 2004) ("[T]he State of Hawai'i has lawful jurisdiction over all persons operating motor vehicles on public roads or highways within the State of Hawai'i. Persons claiming to be citizens of the Kingdom of Hawai'i and not of the State of Hawai'i are not exempt from the laws of the State of Hawai'i applicable to all persons (citizens and non-citizens) operating motor vehicles on public roads and highways within the State of Hawai'i."), <u>aff'd</u>, 106 Hawai'i 41, 101 P.3d 225 (2004).

Accordingly, we affirm the District Court's Judgment.

DATED: Honolulu, Hawai'i, July 30, 2015.

On the briefs:

Keohokui A. Kauihana
Defendant-Appellant
Pro Se

Sinclair Salas-Ferguson
Deputy Prosecuting Attorney
County of Kauai
for Plaintiff-Appellee

Chief Judge

Associate Judge

Associate Judge

2